KATHRYN KENEALLY
Assistant Attorney General

MICHAEL P. HATZIMICHALIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-1844
michael.p.hatzimichalis@usdoj.gov

JENNY A. DURKAN
United States Attorney
Western District of Washington
*Of Counsel*

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CF USBNPL II LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ROY D. OVIST, et al.,<br><br>  Defendants. | Civil No. 3:13-cv-05670-BHS<br><br>**ORDER REGARDING THE UNITED STATES' UNOPPOSED MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

Pending before the Court is the United States' Unopposed Motion for a Stay in Light of Lapse of Appropriations. Having considered the motion, submissions, and applicable law, the Motion is hereby GRANTED.

The Court ORDERS that the United States' obligation to answer the Complaint, participate in a Rule 26(f) conference, exchange initial disclosures, and

submit a Status Report and Litigation Plan is stayed until October 25, 2013, unless further extension is sought and granted by the Court.

DATED this 10th day of October, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

*Respectfully presented by*:

KATHRYN KENEALLY
Assistant Attorney General

s/ Michael P. Hatzimichalis
MICHAEL P. HATZIMICHALIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 353-1844
michael.p.hatzimichalis@usdoj.gov

JENNY A. DURKAN
United States Attorney
Western District of Washington
*Of Counsel*

*Attorneys for the United States of America*